Dismissed and Memorandum Opinion filed December 11, 2008








Dismissed
and Memorandum Opinion filed December 11, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00355-CV

____________

 

TEJAL & REENA, INC. d/b/a SCOTTISH INNS AND SUITES

and DAYS INNS AND SUITES, Appellant

 

V.

 

LA CAL INVESTMENTS OF TEXAS, INC., Appellee

 



 

On Appeal from the
10th District Court 

Galveston County,
Texas

Trial Court Cause
No. 06-CV1249

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a partial summary judgment signed May 17, 2007, and a final
judgment signed January 23, 2008 .  On December 1, 2008, appellant filed an
agreed motion to dismiss the appeal because the case has settled.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 11, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.